United States District Court
Southern District of Texas
**ENTERED**
November 06, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| PHONG DUC TANG, *et al.*, | § § § § | |
| Plaintiffs. | | |
| VS. | § § | No. 3:24-cv-221 |
| TONY VU, *et al.*, | § § § | |
| Defendants. | § | |

### **ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

On October 1, 2024, the court referred all pretrial matters in this case to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(A)-(B). Dkt. 11. Judge Edison filed a memorandum and recommendation on October 22, 2024, recommending the court deny defendant Tony Vu's Motion to Dismiss for Insufficient Service of Process. Dkts. 9, 16.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation, Dkt. 16, is approved and adopted in its entirety as the holding of the court; and

(2) Defendant Tony Vu's Motion to Dismiss for Insufficient Service of Process, Dkt. 9, is denied.

Signed on Galveston Island this 6th day of November, 2024.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE